O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMONDO SHUJAA COX,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>W.L. MONTGOMERY, Acting Warden,<br><br>　　　　Respondent. | Case No. CV 12-7237-JFW (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: February 5, 2014

　　　　　　　　　　　　　　　　　　　　　　　/s/ JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE