JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMONDO SHUJAA COX, | Case No. CV 12-7237-JFW (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| W.L. MONTGOMERY, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: February 5, 2014

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE